United States District Court
Southern District of Texas
ENTERED
September 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GABRIEL FLORES MEJIA,<br><br>Petitioner,<br><br>VS.<br><br>OFFICER IN CHARGE, Rio Grande Valley Centralized Processing Center,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:26-CV-420 |

**ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243 AND REQUIRING GOVERNMENT RESPONSE**

Petitioner Gabriel Flores Mejia initiated this action while detained at the Rio Grande Valley Centralized Processing Center. Representing himself, Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued confinement. (Docket No. 1.)

Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted[.]" 28 U.S.C. § 2243.

To facilitate the progress of this petition pursuant to 28 U.S.C. § 2243, Respondent is **ORDERED** to show cause why the writ of habeas corpus should not be granted by no later than **September 23, 2026**.

Responses thereafter shall follow Local Rules 7.1 through 7.4 of the Southern District of Texas. *See* S.D. Tex. L.R. 7.1 - 7.4. Respondent is ordered to respond to the most recent petition filed in this case. Because Petitioner is detained and without access to the court's electronic filing system (ECF), Respondent must serve Petitioner personally or via United States mail with any

filing made to the court and must state on the certificate of service how service was completed. The Court advises all parties to provide timely updates to this Court of any immigration proceedings. If Petitioner is transferred, removed, or released during the pendency of this suit, the parties are ordered to notify this Court within three days. If Petitioner is pending a removal order, the parties are ordered to timely notify the Court of an entry of a removal order and/or a finalization of a removal order.

The Clerk of Court is **DIRECTED** to deliver copies of the most recent petition and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SO ORDERED, the 18th of September, 2026 at McAllen, Texas.



NADIA S. MEDRANO
United States Magistrate Judge